Joshua N. Harrell
500 Union Ave 4-J-04
Fairfield, CA 94533
In Propria Persona

**FILED**
APR 0 6 2015
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

United States District Court
Eastern District of California

Joshua N. Harrell            Case No. 2:15-CV-00579 KJN
   Plaintiff,

Vs.                          Amendment to Complaint

California Forensic Medical Group Inc. ET AL.
   Defendant.

I humbly beg the court to accept this ammendment to my original complaint. I had some of the facts of this complaint wrong and I needed to correct them.

Dated: March 27th 2015               Mr. Joshua N. Harrell
                                     Mr. Joshua N. Harrell

VIII. Related Case(s) Continuation

Judge: Not Known because I asked to be reassigned.
Case No. 2:15-CV-00470 EFB

Judge: CKD    Docket Number: 2:14-CV-0690

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

Joshua N. Harrell
(Name of Plaintiff)
500 Union Ave
(Address of Plaintiff)
Fairfield, CA 94533

2:15-CV-00579
(Case Number)

vs.

COMPLAINT

California Forensic Medical Group Inc
Solano County Sheriffs Office Detention Facilities
Solano County Public Health, Solano Cnty ET AL.
(Names of Defendants)

I. Previous Lawsuits:

    A. Have you brought any other lawsuits while a prisoner: ☒ Yes ☐ No

    B. If your answer to A is yes, how many?: __5__ Describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper using the same outline.)

        1. Parties to this previous lawsuit:

Plaintiff Joshua N. Harrell

Defendants California Department of Corrections and Rehabilitation

FORM TO BE USED BY A PRISONER IN FILING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983

Rev'd 5/99

2. Court (if Federal Court, give name of District; if State Court, give name of County)
U.S. Eastern District of California

3. Docket Number Unknown

4. Name of judge to whom case was assigned Unknown

5. Disposition (For example: Was the case dismissed? Was it appealed? Is it still pending?)
Dismissed

6. Approximate date of filing lawsuit 2012

7. Approximate date of disposition 2012

II. Exhaustion of Administrative Remedies

A. Is there a grievance procedure available at your institution?   ☒ Yes   ☐ No

B. Have you filed a grievance concerning the facts relating to this complaint?
☒ Yes   ☐ No
If your answer is no, explain why not _____

C. Is the grievance process completed?   ☒ Yes   ☐ No

III. Defendants

(In Item A below, place the full name of the defendant in the first blank, his/her official position in the second blank, and his/her place of employment in the third blank. Use item B for the names, positions and places of employment of any additional defendants.)

A. Defendant Dr. Negar is employed as Doct at California Forensic Medical Group Inc.

B. Additional defendants Tom Norris is employed as liason at California Forensic Medical Group Inc. And/or Solano County Sheriffs Office Detention Facilities; Solano County Sheriffs Office Detention Facilities of Solano County; Solano County Public Health, Solano County a County in the State of California; the State of California a State of the United States; United States of America or Northern America; Earth a planet in this universe; California Department of State Hospitals; California Department of Corrections and Rehabilitations.

Parties to previous lawsuit #2

Plaintiff: Joshua N. Harrell

Defendants: Solano County Jail ET. AL.

Court: U.S. Eastern District of California

Docket Number: 2:14-cv-01592

Name of Judge whom case was assigned: Allison Claire

Disposition: Still Pending.

Approximate date of filing lawsuit: June/July 2014

Approximate date of disposition: Still Pending

1. Parties to Previous lawsuit #3
2. 
3. Plaintiff: Joshua N. Harrell
4. 
5. Defendants: Solano County Jail ET.AL.
6. 
7. Court: U.S. Eastern District of California
8. 
9. Docket Number: 2:14-cv-1690
10. 
11. Name of Judge: CKD
12. 
13. Disposition: Still Pending.
14. 
15. Approximate date of filing lawsuit: July 2014
16. 
17. Approximate date of decision: Still Pending

Parties to Previous lawsuit #4

Plaintiff: Joshua N. Harrell ET.AL.

Defendants: State of California ET.AL.

Court: U.S. Eastern District of California

Docket Number: 2:15-cv-00470

Name of Judge: EFB

Disposition: Still Pending

Approximate date of filing lawsuit: Febuary, 2015

Approximate date of decision: Still Pending

Parties to Previous lawsuit #5

Plaintiff: Joshua N. Harrell

Defendants: Fairfield Police Department ET.AL.

Court: U.S. Eastern District of California

Docket Number: Unknown

Name of Judge: Unknown

Disposition: Still Pending

Approximate date of filing lawsuit: March, 2015

Approximate date of decision: Still Pending.

IV. Statement of Claim

(State here as briefly as possible the facts of your case. Describe how each defendant is involved, including dates and places. Do not give any legal arguments or cite any cases or statutes. Attach extra sheets if necessary.)

I found out from Solano County Public Health that I had Hepatitus C genotype 1 in the year 2009 or 2010. I had a liver biopsy while I was an inmate at VCSP Solano a prison for California Department of Corrections and Rehabilitations in the year 2011 or 2012. I have been trying to get medication to treat Hepatitus C genotype 1 ever since. I was committed to Metropolitan State Hospital in 2012-2013 and they have refused to give me medication to treat Hepatitus C. Solano County Public Health has refused to give me the medication to treat Hepatitus C. I explained the need for medication to treat Hepatitus C to the liason Tom Norris and Solano County Public Health Officials when they came to see me on an unrelated matter and

V. Relief.

(State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.)

I am seeking for the defendants to pay the costs for filing this complaint. Also, for the defendants to pay all court fees and costs for this complaint. For the defendants to pay any additional court fees and costs. I also ask for the defendant to pay any costs for an attorney to represent me if need be. I am seeking an injunctive order ordering the defendants to give me the medication "Viekira Pak™" to treat my Hepatitus C genotype 1. And finally, an order of $120,000.00 the approximent costs of this medication.

Signed this 30th day of March, 2015.

_Mr. Joshua N. Harrell_
(Signature of Plaintiff)

I declare under penalty of perjury that the foregoing is true and correct.

3-30-2015
(Date)

_Mr. Joshua N. Harrell_
(Signature of Plaintiff)

IV. Statement of Claim Continuation 1 of 1

I have been given alot of excuses but still no medication to treat Hepatitus C genotype 1. I have made several verbal requests through the medical department "California Forensic Medical Group Inc." and still no medication to treat this liver disease.

I filed grievance # 15000215 about this while in this Justice Center - Solano County Sheriffs Office Detention Facilities, to no avail. I was seen by a "Dr. Negar" a doctor of the medical department at this jail, whom gave me many excuses why I could not receive medication to treat my liver disease.

I have exhausted administrative remedies through the grievance process and even warned them that I was going to file a complaint. Still to no avail.

☙JS 44 (Rev. 12/07)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS
Harrell, Joshua N.

**(b)** County of Residence of First Listed Plaintiff  Solano
(EXCEPT IN U.S. PLAINTIFF CASES)

**(c)** Attorney's (Firm Name, Address, and Telephone Number)

## DEFENDANTS
California Forensic Medical Group. Inc. ET AL.

County of Residence of First Listed Defendant  Solano
(IN U.S. PLAINTIFF CASES ONLY)

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

Attorneys (If Known)

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

- ☐ 1 U.S. Government Plaintiff
- ☐ 3 Federal Question (U.S. Government Not a Party)
- ☒ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant)
(For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☒ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury - Med. Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | | ☐ 625 Drug Related Seizure of Property 21 USC 881 | | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | | ☐ 365 Personal Injury - Product Liability | | **PROPERTY RIGHTS** | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 320 Assault, Libel & Slander | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 330 Federal Employers' Liability | | ☐ 640 R.R. & Truck | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 340 Marine | **PERSONAL PROPERTY** | ☐ 650 Airline Regs. | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| | ☐ 345 Marine Product Liability | ☐ 370 Other Fraud | ☐ 660 Occupational Safety/Health | | ☐ 490 Cable/Sat TV |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 371 Truth in Lending | ☐ 690 Other | | ☐ 810 Selective Service |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 380 Other Personal Property Damage | **LABOR** | **SOCIAL SECURITY** | ☐ 850 Securities/Commodities/Exchange |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 385 Property Damage Product Liability | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 195 Contract Product Liability | | | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 890 Other Statutory Actions |
| ☐ 196 Franchise | | | ☐ 730 Labor/Mgmt.Reporting & Disclosure Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 891 Agricultural Acts |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 740 Railway Labor Act | ☐ 864 SSID Title XVI | ☐ 892 Economic Stabilization Act |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence | ☐ 790 Other Labor Litigation | ☐ 865 RSI (405(g)) | ☐ 893 Environmental Matters |
| ☐ 220 Foreclosure | ☐ 442 Employment | **Habeas Corpus:** | ☐ 791 Empl. Ret. Inc. Security Act | **FEDERAL TAX SUITS** | ☐ 894 Energy Allocation Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ Accommodations | ☐ 530 General | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 895 Freedom of Information Act |
| ☐ 240 Torts to Land | ☐ 444 Welfare | ☐ 535 Death Penalty | **IMMIGRATION** | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 540 Mandamus & Other | ☐ 462 Naturalization Application | | |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | ☐ 550 Civil Rights | ☐ 463 Habeas Corpus - Alien Detainee | | ☐ 950 Constitutionality of State Statutes |
| | ☐ 440 Other Civil Rights | ☐ 555 Prison Condition | ☐ 465 Other Immigration Actions | | |

## V. ORIGIN (Place an "X" in One Box Only)
☐ 1 Original Proceeding  ☐ 2 Removed from State Court  ☐ 3 Remanded from Appellate Court  ☐ 4 Reinstated or Reopened  ☐ 5 Transferred from another district (specify)  ☐ 6 Multidistrict Litigation  ☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing. (Do not cite jurisdictional statutes unless diversity):
U.S.C.A. Const. Amend. 5, 8, 14

Brief description of cause:
Medication to treat Hepatitus C genotype 1

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
DEMAND $ 120,000.00
CHECK YES only if demanded in complaint:
JURY DEMAND: ☒ Yes ☐ No

## VIII. RELATED CASE(S) IF ANY
(See instructions): JUDGE Allison Claire    DOCKET NUMBER 2:14-CV-1592 AC

DATE 3-30-2015

SIGNATURE OF ATTORNEY OF RECORD
/s/ Joshua N. Harrell

**FOR OFFICE USE ONLY**

RECEIPT #_____   AMOUNT_____   APPLYING IFP_____   JUDGE_____   MAG. JUDGE_____