1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                    FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   JOSHUA N. HARRELL,                          No.  2:15-cv-0579 KJN P

12                  Plaintiff,

13        v.                                      ORDER

14   CALIFORNIA FORENSIC MEDICAL
     GROUP, INC., et al.,
15
                    Defendants.
16

17        Plaintiff has filed a motion for extension of time to file an amended complaint.  Good

18   cause appearing, IT IS HEREBY ORDERED that:

19        1.  Plaintiff's motion for an extension of time (ECF No. 33) is granted.

20        2.  Plaintiff is granted thirty days from the filing date of this order in which to file an

21   amended complaint.

22   Dated:  March 16, 2016

23

24                                               KENDALL J. NEWMAN
                                                 UNITED STATES MAGISTRATE JUDGE
25

26   /harr0579.36

27

28