UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSHUA NEIL HARRELL,<br><br>   Plaintiff,<br><br>   v.<br><br>CALIFORNIA FORENSIC MED. GROUP, INC., et al.,<br><br>   Defendant. | No.  2:15-cv-0579 DB P<br><br><br>ORDER |

   Plaintiff is a state prisoner proceeding pro se and in forma pauperis with a civil rights action under 42 U.S.C. § 1983.  In an order signed September 26 and filed September 27, 2016, the court denied plaintiff's motion for injunctive relief.  (ECF No. 43.)  Plaintiff has filed an "objection" to the denial of his motion.  (ECF Nos. 44, 45.)  The court construes plaintiff's objections as a motion for reconsideration of the court's order.

   Under Local Rule 230(j), a party may seek reconsideration of the denial of a motion by showing, among other things, "what new or different facts or circumstances are claimed to exist which did not exist or were not shown upon such prior motion, or what other grounds exist for the motion," and "why the facts or circumstances were not shown at the time of the prior motion."  Plaintiff reiterates the arguments made previously in his April 20, 2016 motion for injunctive relief (ECF No. 37).  Because plaintiff has not shown that something new or different from what

1

1 | he argued previously justifies reconsideration of the court's order denying his motion, IT IS
2 | HEREBY ORDERED that plaintiff's "Objections" (ECF No. 44 ) filed here on October 17, 2016
3 | are denied.
4 | Dated: October 20, 2016

*[signature]*
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:9
DLB1/prisoner-civil rights/Harr0579.recon