| | |
|---|---|
| 1 | |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |
| 8 | UNITED STATES DISTRICT COURT |
| 9 | FOR THE EASTERN DISTRICT OF CALIFORNIA |
| 10 | |

JOSHUA NEIL HARRELL,

Plaintiff,

v.

CALIFORNIA FORENSIC MEDICAL GROUP, INC., et al.,

Defendants.

No. 2:15-cv-0579 DB P

ORDER TO SHOW CAUSE

Plaintiff is a state prisoner proceeding pro se and in forma pauperis with a civil rights action under 42 U.S.C. § 1983. Plaintiff has consented to the jurisdiction of a magistrate judge. (ECF No. 6.) On March 21, 2017, the court dismissed plaintiff's fourth amended complaint. (ECF No. 51.) Plaintiff was permitted thirty days to file a fifth amended complaint. On June 29, 2017, plaintiff moved for an extension of time. On July 11, 2017, the court granted plaintiff a thirty-day extension of time to file a fifth amended complaint. (ECF No. 57.)

On July 24, 2017, the copy of the July 11 order that was served on plaintiff was returned to the court as undeliverable because plaintiff was no longer in custody. Based on a change of address plaintiff filed in another action in this court, the court updated plaintiff's address to 7217 Franklin Blvd., Ste. 370, Sacramento, CA 95823. On September 11, 2017, a copy of the court's

////

July 11 order was re-served on plaintiff at that address. Therefore, any fifth amended complaint should have been filed within thirty days of the September 11 order.

Thirty days have passed, and plaintiff has not filed an amended complaint or otherwise responded to the court's September 11 order.

Accordingly, IT IS HEREBY ORDERED that within fourteen days of the date of this order, plaintiff must show cause why this case should not dismissed for failure to prosecute. See E.D. Cal. R. 110; Fed. R. Civ. P. 41.

Dated: October 23, 2017

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:9
DLB1/prisoner-civil rights/harr0579.osc