UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSHUA NEIL HARRELL,<br><br>  Plaintiff,<br><br>  v.<br><br>CALIFORNIA FORENSIC MED. GROUP, et al.,<br><br>  Defendants. | No. 2:15-cv-0579 KJM DB P<br><br>ORDER |

Plaintiff has requested an extension of time to file objections to the findings and recommendations pursuant to the court's order filed October 30, 2018. Good cause appearing, IT IS HEREBY ORDERED that:

 1. Plaintiff's motion for an extension of time (ECF No. 76) is granted; and

 2. Plaintiff is granted thirty days from the date of this order in which to file objections to the findings and recommendations.

DATED: November 15, 2018

/s/ DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:9
DB/prisoner-civil rights/harr0579.36obj